ORIGINAL

DOUGLAS A. CODIGA, ESQ.
SCHLACK ITO LOCKWOOD PIPER & ELKIND
Topa Financial Center, Fort Street Tower
745 Fort Street, Suite 1500
Honolulu, HI  96813

Telephone:  (808) 523-6040
Facsimile:  (808) 523-6030
E-mail:  dcodiga@sil-law.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 3 2006

at 3 o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SEA PORT PRODUCTS CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00056 ACK/LEK <br><br> **WITHDRAWAL OF COUNSEL FOR DEFENDANT** |

**WITHDRAWAL OF COUNSEL FOR DEFENDANT**

I, Douglas A. Codiga, formerly with the law firm of Alston Hunt Floyd & Ing, hereby withdraw as counsel of record for Defendant Sea Port Products Corporation.

DATED:   Honolulu, Hawaii, _3 MAY 06_.

_____
DOUGLAS A. CODIGA

612,322 / 7691-1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following by having said copy deposited in the United States mail, postage prepaid, addressed as follows:

> LOUISE K. Y. ING, ESQ.
> ALLISON KIRK, ESQ.
> ALSTON HUNT FLOYD & ING
> 18th Floor, ASB Tower
> 1001 Bishop Street
> Honolulu, Hawaii 96813
>
> Attorneys for Defendant
>
> MILTON M. YASUNAGA, ESQ.
> MARTIN E. HSIA, ESQ.
> Cades Schutte
> 1000 Bishop Street, Suite 1200
> Honolulu, Hawaii 96813
>
> Attorneys for Plaintiffs

DATED: Honolulu, Hawai'i, _____3 MAY 06_____.

_____
DOUGLAS A. CODIGA

612,322 / 7691-1