# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/08/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV NO. 04-00056ACK-LEK

CASE NAME:       William R. Kowalski, et al. Vs. Sea Port Products Corporation

ATTYS FOR PLA:   Milton Yasunaga

ATTYS FOR DEFT:  Louise K. Y. Ing

INTERPRETER:

| JUDGE: | Leslie E. Kobayashi | REPORTER: | None |
|---|---|---|---|
| DATE: | 01/08/2007 | TIME: | 9:07am-9:08am |

COURT ACTION:  EP: Rule 16 Scheduling Conference-Court and Counsel discussed the Status of this Case.  This Conference continued to 2/22/2007 @9:00 a.m. before this Court.


Submitted by Leslie L. Sai, Courtroom Manager