# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/22/2007 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL NO. 04-00056ACK-LEK

CASE NAME:        William R. Kowalski, et al. Vs. Sea Port Products Corporation

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi            REPORTER:

DATE:    02/22/2007                     TIME:

COURT ACTION: EO: Settlement Conference set for 2/22/2007 at 02:00 PM before Magistrate Judge Leslie E. Kobayashi is Vacated. Rule 16 Scheduling Conference set for 2/22/2007 at 02:00 PM before Magistrate Judge Leslie E. Kobayashi is Vacated.

Parties have informed the Court that the above entitled action has been Settled. Stipulation for Dismissal to be submitted by **3/2/07.**

Submitted by: Warren N. Nakamura, Courtroom Manager