# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/02/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL NO. 04-00056ACK-LEK

CASE NAME:        William R. Kowalski, et al. Vs. Sea Port Products Corporation

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    03/02/2007                   TIME:

COURT ACTION:  EO: COURT ORDER:  The Court having received and reviewed the Declaration of Milton M. Yasunaga, and the Settlement Agreement filed under seal on February 28, 2007, hereby determines that a valid and binding settlement has been reached between all parties to the instant action and, therefore, finds and recommends to United States Senior Judge Alan C. Kay that this matter be dismissed with prejudice.

Submitted by: Warren N. Nakamura, Courtroom Manager